UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MALIK KENDRICK, | Case No. 2:23-cv-00594-ART-VCF |
| Petitioner, | ORDER |
| v. | |
| GABRIELA NAJERA, *et al.*, | |
| Respondents. | |

Malik Kendrick, an individual incarcerated at Nevada's Southern Desert Correctional Center, has submitted a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (ECF No. 1-1) and a motion for appointment of counsel (ECF No. 1-2). However, Kendrick has not paid the filing fee for this action, and he has not filed an application to proceed *in forma pauperis*. The Court will grant Kendrick an opportunity to either pay the filing fee or apply for *in forma pauperis* status. If Kendrick fails to do one or the other within the time allowed, this action will be dismissed.

To pay the filing fee, Kendrick must make the necessary arrangements to have a copy of this order and payment of the filing fee sent to the Court within the time allowed.

It is therefore ordered that Petitioner will have 60 days from the date of this order to either pay the filing fee of five dollars ($5) or file an application to proceed *in forma pauperis*.

///
///
///
///
///

1

It is further ordered that the Clerk of the Court is directed to send Petitioner:

- two copies of this order, and

- two copies of the form for a state prisoner to apply to proceed *in forma pauperis* along with any available instructions regarding that form.

DATED THIS 26th day of April, 2023.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE