UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| MALIK KENDRICK, | Case No. 3:23-cv-00594-ART-VCF |
|---|---|
| Petitioner, | ORDER |
| v. | |
| RONALD OLIVER, *et al.*, | |
| Respondents. | |

In this habeas corpus action, after a 90-day initial period, Petitioner Malik Kendrick, represented by appointed counsel, was to file an amended habeas petition by October 16, 2023. (*See* ECF No. 11.)

On October 13, 2023, Kendrick filed a motion for extension of time (ECF No. 12, requesting a 74-day extension of the time—to December 29, 2023—to file his amended petition. Kendrick's counsel states that this extension of time is necessary because of the time it is taking to investigate this case and because of her obligations in other cases. Kendrick's counsel represents that the respondents do not oppose the motion for extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

It is therefore ordered that Petitioner's Motion for an Extension of Time (ECF No. 12) is granted. Petitioner will have until and including December 29, 2023, to file his amended petition for writ of habeas corpus. In all other respects, the schedule for further proceedings set forth in the scheduling order entered July 17, 2023 (ECF No. 11) will remain in effect.

///

///

///

1

It is further ordered that, pursuant to Federal Rule of Civil Procedure 25(d), Ronald Oliver is substituted for Gabriela Najera as the respondent warden. The Clerk of the Court is directed to update the docket to reflect this change.

DATED THIS 16th day of October 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE