# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MALIK KENDRICK,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>RONALD OLIVER, *et al*<br><br>　　　　　Respondents. | Case No. 2:23-cv-00594-ART-MDC<br><br>**ORDER TO WITHDRAW MOTION TO DISMISS AND FILE REVISED MOTION TO DISMISS** |

　　　Based upon the parties' stipulations and agreements, this Court enters the following orders:

　　　IT IS HEREBY ORDERED that Respondents' motion to dismiss at ECF No. 20 is withdrawn.

　　　IT IS FURTHER ORDERED that the Respondents shall separately file their revised motion to dismiss within five days of this Court's order.

　　　IT IS FURTHER ORDERED that Kendrick will file his response to Respondents' motion to dismiss within thirty days of the date of this Court's order.

　　　DATED this 24th day of April 2024.

_____
UNITED STATES DISTRICT JUDGE

-1-