UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MALIK KENDRICK,<br>Petitioner,<br>v.<br>MANUEL PORTILLO, *et al.*,<br>Respondents. | Case No. 2:23-cv-00594-ART-MDC<br>ORDER |

Respondents move for an extension of time to file their response to the second amended petition. (ECF No. 35.) The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion.

It is therefore ordered that Respondents' first unopposed motion for enlargement of time (ECF No. 35) is granted. Respondents have until October 23, 2026, to file their response.

DATED THIS 6th day of October, 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE